**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAILU DESTAW,<br><br>Petitioner,<br><br>v.<br><br>IMMIGRATION,<br><br>Respondent. | Case No.: 26-cv-0849-BJC-MMP<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART** |

On February 10, 2026, Petitioner Hailu Destaw, a citizen of Ethiopia proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and filed an amended petition on April 13, 2026. ECF Nos. 1, 8. He asserts he arrived in the United States on January 5, 2025 to seek asylum, and was immediately detained. ECF No. 8 at 1. An immigration judge denied asylum but granted Petitioner withholding of removal. *Id*.; ECF No. 8-2 at 3. He remains detained. *Id*. He contends his detention has become unconstitutionally prolonged. ECF No. 8 at 3-8.

Respondents filed a return on April 20, 2026, in which they argue Petitioner is subject to mandatory detention under 8 U.S.C. § 1225, but they "acknowledge courts in this District have repeatedly inferred a constitutional right against prolonged mandatory

detention." ECF No. 11 at 1. Respondents "concede[] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." *Id*. at 1-2.

Accordingly, the Court GRANTS the petition for a writ of habeas corpus in part as follows:

1. The government shall hold a bond hearing within fourteen days at which the government shall bear the burden of establishing by clear and convincing evidence that Petitioner poses a danger or flight risk, and the immigration judge will consider alternative conditions of release and Petitioner's ability to pay bond.

2. The government shall make a complete record of the bond hearing available to Petitioner and his counsel.

3. The government is enjoined from transferring Petitioner before a bond hearing takes place and prohibited from invoking the automatic stay provisions under 8 C.F.R. § 1003.19(i)(2).

4. The petition is otherwise denied.

**IT IS SO ORDERED**.

Dated: May 22, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-0849-BJC-MMP