

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Hailu Destaw

**Civil Action No.**  26-cv-0849-BJC-MMP

**Plaintiff,**

V.

See Attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court grants the petition for a writ of habeas corpus in part as follows: The government shall hold a bond hearing within fourteen days at which the government shall bear the burden of establishing by clear and convincin gevidence that Petitioner poses a danger or flight risk, and the immigration judge will consider alternative conditions of release and Petitioner's ability to pay bond.

**Date:**          5/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Cortez

A. Cortez, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-0849-BJC-MMP

Immigration; Markwayne Mullin; Todd Blanche; Todd M. Lyons; Jesus Rocha; Christopher LaRose